October 27, 1967

## Adams Unemployment Compensation Case.

Argued September 14, 1967. *Andrew B. Cantor*, with him *Wisler, Pearlstine, Talone & Gerber*, for claimant, appellant; *Sydney Reuben*, Assistant Attorney General, with him *William C. Sennett*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.